## POSEY V. GAMBLE, ET AL.

### Trover.

(Decided May 19, 1906.  41 So. Rep. 416.)

APPEAL from Tallapoosa Circuit Court.
Heard before Hon. S. L. BREWER.
D. H. RIDDLE, for appellant.
G. A. SORRELL and T. L. BULGER, for appellee.
Reversed and remanded.
Opinion by DOWDELL, J.
WEAKLEY, C. J., HARALSON and SIMPSON, JJ., concur.

## BIG SANDY IRON COMPANY V. PENSACOLA A. & W. R. R. CO.

### Equity.

(Decided May 17, 1907.  41 So. Rep. 418.)

APPEAL from Tuscaloosa Chancery Court.
Heard before Hon. ALFRED H. BENNERS.
SMITH & SMITH, and W. P. MCCROSSIN, for appellant.
PITTS & PITTS, for appellee.
Appeal dismissed.
Opinion by DOWDELL, J.
WEAKLEY, C. J., HARALSON and DENSON, JJ., concur.